IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,               )
                                        )    CRIMINAL NO. 16-30033-NJR
        Plaintiff,                      )
                                        )    Title 21,
vs.                                     )    United States Code,
                                        )    Sections 856(a)(1) and (b)
VINCENT L. ALLEN,                       )
                                        )
        Defendant.                      )

**FILED**

## INDICTMENT

MAR 2 2 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### THE GRAND JURY CHARGES:

## COUNT 1

### MAINTAINING DRUG-INVOLVED PREMISES

From or about January 19, 2016, to on or about February 10, 2016, in St. Clair County,

Illinois, within the Southern District of Illinois,

### VINCENT L. ALLEN,

defendant herein, did knowingly use or maintain the residence located at 1009 Water Street,

Cahokia, Illinois, for the purpose of unlawfully manufacturing, distributing, or using controlled

substances; all in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

### FORFEITURE ALLEGATION

Upon conviction for the offense charged, defendant, **VINCENT L. ALLEN**, shall forfeit

to the United States, pursuant to Title 21, United States Code 853, any property constituting, or

derived from, proceeds obtained, directly or indirectly, as a result of the aforementioned offenses

and any property used, or intended to be used, in any matter or part, to commit, or to facilitate

1

the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following: $19,923 in U.S. Currency.

**A TRUE BILL**

LAURA REPPERT
Assistant United States Attorney

JAMES L. PORTER
Acting United States Attorney

Recommended Bond: Detention